## Commonwealth *v.* Callender, Appellant.

Submitted March 24, 1975. *Joseph M. Reibman,* and *Reibman and Reibman,* for appellant; *Michael E. Riskin,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Appeal quashed.

## Commonwealth *v.* Cannon, Appellant.

Submitted March 17, 1975. *Richard Farber* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *William A. Richardson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.